FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 15 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | SA14-00346M |
| v. | |
| GERMAN YERA GARCIA, | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| DEFENDANT(S). | |

Upon motion of _Defendant's Counsel_____, IT IS ORDERED that a detention hearing is set for _October 16_____, _2014_____, at _2:00_____ ☐ a.m. / ☒ p.m. before the Honorable _Douglas F. McCormick_____, in Courtroom _6A_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: _10-19-14_____

U.S. District Judge/Magistrate Judge

**DOUGLAS F. McCORMICK**