FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 16 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> PLAINTIFF <br><br> v. <br><br> GERMAN YERA GARCIA, <br><br> DEFENDANT(S). | CASE NUMBER <br><br> SA14-00346M <br><br><br> **ORDER OF TEMPORARY DETENTION** <br> **PENDING HEARING PURSUANT** <br> **TO BAIL REFORM ACT** |

Upon motion of _Government's Counsel_, IT IS ORDERED that a detention hearing is set for _October 17_, _2014_, at _1:30_ ☐ a.m. / ☒ p.m. before the Honorable _Douglas F. McCormick_, in Courtroom _6A_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.

_____(Other custodial officer)_____

Dated: _10-16-2014_

_____
U.S. ~~District Judge~~/Magistrate Judge

**DOUGLAS F. McCORMICK**

---